In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, for the Opening of East One Hundred and Seventy-sixth Street; EDWARD B. WHITNEY, a Commissioner of Estimate and Assessment, Appellant.

*Matter of the Mayor*, 33 App. Div. 365, affirmed.
(Argued January 10, 1899; decided January 24, 1899.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered October 19, 1898, affirming an order of Special Term taxing appellant's fees as a commissioner in a street opening proceeding.

The question certified was as follows :

" Does section 998 of title 4, chapter 17 of the Greater New York charter, taken in connection with section 1448, chapter 21, section 1608 and section 1614 of said charter, determine that the compensation of the commissioners in this proceeding, appointed in 1897, under the provisions of the Consolidation Act, chapter 410 of the Laws of 1882, shall be at the rate of six dollars per day for services rendered subsequent to January 1, 1898, instead of at the rate of ten dollars per day as theretofore fixed by law ? "

*Edward B. Whitney* and *Arthur Berry* for appellant.

*Theodore Connoly* and *John P. Dunn* for respondent.

Order affirmed, with costs, and the question certified answered in the affirmative, on opinion below.

All concur.